1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,

10                        Plaintiff,

11              v.                         CR. NO. S-04-164 LKK

12   GERARDO ORTIZ-REYES,

13                        Defendant.
                                        /
14   UNITED STATES OF AMERICA,

15                        Plaintiff,

16              v.                         CR. NO. S-09-406 FCD

17   GERARDO ORTIZ-REYES,
18     aka Edward J. Avila,               RELATED CASE ORDER
       aka Jerry Ortiz,
19
                         Defendant.
20                                      /

21        Examination of the above-entitled actions reveals that the two

22   (2) actions are related within the meaning of Local Rule 83-123,

23   E.D. Cal. (1997).  For the reasons set forth in the government's

24   Related Case Memorandum, the assignment of the matters to the same

25   judge is likely to effect a substantial savings of judicial effort

26   and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under

2  Local Rules 83-123 merely has the result that the actions are

3  assigned to the same judge; no consolidation of the actions is

4  effected.  Under the regular practice of this court, related cases

5  are generally assigned to the judge to whom the first filed action

6  was assigned.

7    IT IS THEREFORE ORDERED that the action denominated CR. NO.

8  S-09-406 FCD be, and the same hereby is, reassigned to Judge

9  Lawrence K. Karlton for all further proceedings.  Henceforth the

10 caption on all documents filed in the reassigned case shall be

11 shown as CR. NO. S-09-406 LKK.

12   IT IS FURTHER ORDERED that the Clerk of the Court make

13 appropriate adjustment in the assignment of criminal cases to

14 compensate for this reassignment.

15   DATED: November 10, 2009.

16

17

18                     LAWRENCE K. KARLTON
                       SENIOR JUDGE
19                     UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

                              2